# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                        NO. 4:09CR00086-007 SWW

SERGIO BERBER

### ORDER OF DISMISSAL

Pending before the Court are the government's motions for dismissal of the indictment against defendant, Sergio Berber, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS ORDERED that the government's motions [docs #47 & #52] for dismissal of the indictment against the above-named defendant be, and they are hereby **granted**, and the indictment pending against defendant Sergio Berber in the above case hereby is dismissed without prejudice.

DATED this 14th day of May 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE